```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 21934
    RANDY ALLEN MCELYEA
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-2399
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/02/05 and confirmed on 07/22/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 10250.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| DYCK O NEAL INC | SECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 22419.06 | .00 | 3150.58 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4576.55 | .00 | 643.15 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5096.48 | .00 | 716.22 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9612.88 | .00 | 1350.91 |
| DISCOVER BANK | UNSECURED | 7676.82 | .00 | 1078.83 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| BASS & ASSOCIATES | UNSECURED | 1125.10 | .00 | 158.11 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1775.59 | .00 | 249.53 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 52282.48 | .00 | 52282.48 |
| PRINCIPAL PAID | .00 | .00 | 7347.33 | .00 | 7347.33 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 7347.33 | .00 | 7347.33 |

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $ 2200.00 and was paid $ 2200.00 .

The Trustee received $    452.67 .

Refunds to the Debtor totaled $    250.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/09/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                           PAGE  2
     CASE NO. 05 B 21934 RANDY ALLEN MCELYEA
```